# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **CIVIL MINUTES - GENERAL** | | JS-6 | |
|---|---|---|---|
| Case No. | CV11-00399-WDK(FMOx) | Date | April 20, 2012 |
| Title | J & J Sports Productions Inc. v. Sadaki Kanenobu, et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Petitioner/Appellant: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**     **(In Chambers:) Order Dismissing Action Without Prejudice**

   Pursuant to the Request for Judicial Notice of Settlement, filed by plaintiff on January 11, 2012, the above-referenced case is dismissed without prejudice pending the lodging and/or filing of any proposed dismissal orders and/or judgments. In the event the parties do not lodge and/or file any proposed orders and/or judgments by May 11, 2012, the Court will dismiss the action with prejudice.

   IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | PG |